# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNION EQUIPMENT FINANCE, LLC, a Nebraska limited liability company, | Court File No. 26-cv-1736 (LMP/DTS) |
| Plaintiff, | |
| v. | |
| COLLIERS EQUIPMENT TRUSTEE, LLC, a Delaware limited liability company; COLLIERS FUNDING LLC, a Delaware limited liability company; COLLIERS SECURITIES LLC, a Delaware limited liability company; COLLIERS INTERNATIONAL GROUP INC., a Canadian corporation; and AVALANCHE ENERGY CAPITAL LLC, a Delaware limited liability company, | **NOTICE OF MOTION AND MOTION OF DEFENDANTS COLLIERS EQUIPMENT TRUSTEE, LLC, COLLIERS FUNDING LLC, AND COLLIERS SECURITIES LLC TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | |

Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, Defendants Colliers Equipment Trustee, LLC, Colliers Funding LLC, and Colliers Securities LLC (the "Colliers Defendants") through their undersigned attorneys, hereby move this Court for an order dismissing Plaintiff Union Equipment Finance, LLC's Complaint in the above-captioned matter.

This motion is based on the Colliers Defendants' memorandum of law, declaration of Paul L. Ratelle, arguments of counsel, and all the files, records and proceedings in this case.

Dated:  March 13, 2026               **FABYANSKE, WESTRA, HART &
THOMSON, P.A.**

By:     */s/ Paul L. Ratelle*
        Paul L. Ratelle (#127632)
        pratelle@fwhtlaw.com
        80 South 8th Street, Suite 1900
        Minneapolis, MN 55402
        (612) 359-7600 (P)
        (612) 359-7602 (F)

        *Attorneys for Defendants Colliers Equipment
Trustee, LLC, Colliers Funding LLC and
Colliers Securities LLC*